THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BELLE MOORE, Appellant.

*People* v. *Moore*, 142 App. Div. 402, affirmed.
(Argued February 20, 1911; decided March 14, 1911.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1911, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of a violation of subdivision 4 of section 2460 of the Penal Law entitled "Compulsory prostitution of women."

*Alexander Karlin* for appellant.

*Charles S. Whitman, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.